CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

July 9, 2015

S. Vance Wittie
Sedgwick LLP
1717 Main Street, Suite 5400
Dallas, TX 75201-7367

Charles W. Gameros Jr.
Hoge & Gameros, LLP
4514 Cole Avenue, Suite 1500
Dallas, TX 75202-4220

Re:   **Dallas Drain Company, Inc. and Kevin Travis v. Kevin D. Welsh and Kelly A. Welsh**
      **Case # 05-14-00831-CV**

Dear Attorneys:

Enclosed is a corrected page for the above-mentioned case. Please note the following typographical error, which has been corrected:

Cover page, second line, replace the word appellees with appellants.

Please replace the cover page of your previous copy with the enclosed.

Sincerely,

/s/ Lisa Matz

Lisa Matz
Clerk of the Court

cc:    Trial court judge
       Trial court clerk